## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Anthony J. Riegel | |
| Debtor | CHAPTER 13 |
| Ditech Financial LLC | |
| Movant | |
| vs. | |
| Anthony J. Riegel | NO. 16-13769 ELF |
| Debtor | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **October 31, 2016, docket entry #34**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

November 11, 2016