## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Anthony Riegel | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-13769 |

### NOTICE

To the debtor, debtor's counsel, trustee, and creditor McCarthy, Burgess and Wolf;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $25,000.00 Amount of Claim has been filed in your name by Alfred M. Abel, Esquire Filer of Claim on 11/10/16 Date Claim Filed.

Dated: 11/14/16

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Linda M. LoBosco
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)