United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony J Riegel  
    Debtor

Case No. 16-13769-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Pamela     Page 1 of 1     Date Rcvd: Feb 16, 2017  
                        Form ID: 167     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.  
db         +Anthony J Riegel,   624 Erlen Rd.,   Plymouth Meeting, PA 19462-2427  
cr          United States Department of Education,   Claims Filing Unit,   P O Box 8973,  
          Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:  
        ALFRED ABEL    on behalf of Debtor Anthony J Riegel aa.law@alfredabellaw.com,  
         G22350@notify.cincompass.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                        TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony J Riegel
    Debtor(s)

Case No: 16−13769−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Application for Compensation of Debtor's Counsel for ALFRED ABEL, Debtor's Attorney, Period: 5/13/2016 to 12/22/2016, Fee: $7,500.00, Expenses: $477.00. Filed by ALFRED ABEL

    on: 2/28/17

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/16/17

Timothy B. McGrath
Clerk of Court

87 − 83
Form 167