# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Anthony Riegel | : | CHAPTER 13 |
| | : | CASE NO. 16-13769elf |

| | | |
|---|---|---|
| Anthony Riegel | : | HEARING DATE: |
| 624 Erlen Road | : | TIME: |
| Plymouth Meeting, PA 19462 | : | COURTROOM: 1 |
| | : | U.S. BANKRTUPCY COURT |
| | : | 9th & Market Streets |
| | : | Philadelphia, PA 19107 |

## CERTIFICATION OF NO RESPONSE TO APPLICATION FOR COUNSEL FEES OF DEBTOR

IT IS HEREBY CERTIFIED that no answer, objection or response has been filed to the Supplemental Application of Counsel for Debtor for fees and costs, nor has same been served on counsel for debtor.

WHEREFORE, Applicant requests an award of $975.00 in compensation and of $24.00 in reimbursement of actual, necessary expenses to be paid through the plan.

Counsel for Debtor herein, served this certification electronically and/or by placing copies thereof in the United States Mail, first class postage pre-paid, addressed as follows:

William C. Miller, Esq. (Trustee)  
1234 Market Street  
Suite 1813  
Philadelphia, PA 19107  

U.S. Trustee  
833 Chestnut Street  
Suite 500  
Philadelphia, PA 19107  

Anthony Riegel  
624 Erlen Rd.  
Plymouth Meeting, PA 19462  

Date:  12/12/17                             By: /s/ Alfred Abel, Esq.