# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Anthony Riegel | : | CHAPTER 13 |
| | : | CASE NO. 16-13769elf |

| | | |
|---|---|---|
| Anthony Riegel | : | HEARING DATE: |
| 624 Erlen Road | : | TIME: |
| Plymouth Meeting, PA 19462 | : | COURTROOM: 1 |
| | : | U.S. BANKRTUPCY COURT |
| | : | 9th & Market Streets |
| | : | Philadelphia, PA 19107 |

## ORDER

AND NOW, this __13th__ day of __Dec.__, 2017, it is ORDERED and DECREED that Counsel's Application for attorney's fees in the amount of $975.00 and $24.00 in reimbursable expenses is granted, and,

FURTHER ORDERD, that $975.00 in attorney's fees plus $24.00 in costs, for a total of $999.00 is approved to be paid through the plan as attorney's fees and reimbursement of costs for debtor's counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**