```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                    Case No. 16-13769-elf
Anthony J Riegel                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Dec 13, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
db             +Anthony J Riegel,   624 Erlen Rd.,   Plymouth Meeting, PA 19462-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
              ALFRED   ABEL    on behalf of Debtor Anthony J Riegel aa.law@alfredabellaw.com,
               G22350@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Anthony Riegel | : | CHAPTER 13 |
| | : | CASE NO. 16-13769elf |

| | | |
|---|---|---|
| Anthony Riegel | : | HEARING DATE: |
| 624 Erlen Road | : | TIME: |
| Plymouth Meeting, PA 19462 | : | COURTROOM: 1 |
| | : | U.S. BANKRTUPCY COURT |
| | : | 9th & Market Streets |
| | : | Philadelphia, PA 19107 |

**ORDER**

AND NOW, this __13th__ day of __Dec.__, 2017, it is ORDERED and DECREED that Counsel's Application for attorney's fees in the amount of $__975.00__ and $__24.00__ in reimbursable expenses is granted, and,

FURTHER ORDERD, that $__975.00__ in attorney's fees plus $__24.00__ in costs, for a total of $999.00 is approved to be paid through the plan as attorney's fees and reimbursement of costs for debtor's counsel to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**