# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Anthony Riegel :  CASE NO. 16-13769
:
:   Chapter 13

## PRAECIPE TO WITHDRAW PROOF OF CLAIM NUMBER 17-1

Debtor, Anthony Riegel, by counsel, respectfully represents:

1. On November 10, 2016 counsel for Debtors filed a Proof of Claim for McCarthy, Burgess and Wolf.

2. The deadline for filing Proofs of Claim in this matter was set by the court and expired on November 8, 2016.

3. McCarthy, Burgess and Wolf was collecting the debt for a creditor, but no longer represents that creditor.  Further, they cannot identify the creditor, or the person or entity entitled to payments.

4. Counsel for debtor therefore wishes to withdraw the proof of claim filed for McCarthy, Burgess and Wolf, claim number 17-1 on the Claims register.

WHEREFORE, the Debtor requests that number 17-1 on the claim register in this matter be withdrawn.

Respectfully Submitted,

Dated: July 5, 2018

_____
Alfred M Abel Law Offices
600 W. Germantown Pike, Ste 400
Plymouth Meeting, PA 19462
Phone: (610) 940-1635
Email: aa.law@AlfredAbelLaw.com