Certificate Number: 14912-PAE-DE-031370341

Bankruptcy Case Number: 16-13769



14912-PAE-DE-031370341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2018, at 1:57 o'clock PM EDT, Anthony Riegel completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 24, 2018         By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor