United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13769-elf
Anthony J Riegel                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Marie           Page 1 of 1          Date Rcvd: Aug 29, 2018
                           Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13734442        E-mail/Text: bk@lendingclub.com Aug 30 2018 02:15:19      Lending Club Corp,
          71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
          ALFRED  ABEL    on behalf of Debtor Anthony J Riegel aa.law@alfredabellaw.com,
          G22350@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 5

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13769-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony J Riegel
624 Erlen Rd.
Plymouth Meeting PA 19462

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/24/2018.

Name and Address of Alleged Transferor(s):

Claim No. 16: Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985

Name and Address of Transferee:

CACH LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/31/18

Tim McGrath
**CLERK OF THE COURT**