**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Anthony Riegel** | : | **CHAPTER 13** |
| | : | **CASE NO. 16-13769elf** |

---

### PRAECIPE TO WITHDRAW PROOF OF CLAIM 25 ON THE CLAIMS REGISTER

Debtor, Anthony Riegel, by counsel, respectfully represents:

1. On November 10, 2016 Debtors filed a Proof of claim for a creditor, Webbank, claim number 25 on the claim register.

2. The proof of claim was filed based on the information the debtor and counsel had at the time.

3. On the same date, a Proof of claim was filed by Lending Club Corporation for the same underlying claim. The claim had been sold or otherwise transferred without the knowledge of counsel for debtor.

4. Counsel was unaware that this claim was filed, and that his Proof of claim was a duplicate of claim number 16 filed on the same day.

    WHEREFOR, the Debtor requests that document number 25 on the claim register be withdrawn.

Dated: September 20, 2018                 Respectfully Submitted,

_____

Alfred M Abel Law Offices
600 W. Germantown Pike, Ste 400
Plymouth Meeting, PA 19462
Phone: (610) 940-1635
Fax: ( 215) 517-8883