IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | ANTHONY J. RIEGEL | : | CHAPTER 13 |
| | | : | |
| | Debtor | : | BANKRUPTCY NO. 16-13769 |
| | | : | |

## SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly remove Alfred Abel, Esquire as counsel for the debtor and replace him with Robert J. Lohr II, Esquire in the above-captioned bankruptcy case.

Dated: July 29, 2019

Alfred Abel Law Offices

By: _____
Alfred Abel, Esquire
P.O. Box 688
Abington, PA 19001
(215) 517-8300
aa.law@alfredabellaw.com

Lohr & Associates, Ltd.

By: _____
Robert J. Lohr II, Esquire
1246 West Chester Pike
Suite 312
West Chester, PA 19382
(610) 701-0222 - telephone
(610) 431-2792 - facsimile
bob@lohrandassociaets.com