United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-13769-elf
Anthony J Riegel                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Dec 18, 2019
                              Form ID: 138NEW           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
```
db             #+Anthony J Riegel,    624 Erlen Rd.,    Plymouth Meeting, PA 19462-2427
cr              +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13734434         04 Philadelphia Parking Bureau,    1 Main Toll Plz # 1,    Philadelphia, PA 19153
13734435         Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
13734436         Brad Byrne Complete Lawn Maintenance,    PO Box 754,    Conshohocken, PA 19428-0754
13950607        +Christopher E. Rice,    Martson Law Office,    10 E. High St.,
                 Martson Law Office, 10 E. High St.,    Carlisle, PA 17013-3015
13734438         Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
13734439         Credential Leasing Lease,    PO Box 5796,    Harrisburg, PA 17110-0796
13950608        +John Gross & Company,    c/o Christopher E. Rice, Esquire,    Martson Law Office,
                 10 E. High Street,    Carlisle, PA 17013-3093
14248454        +LSF10 MASTER PARTICIPATION TRUST,    C/O MARIO J. HANYON,    1617 John F. Kennedy Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
14210359        +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13816630        +Mark A. Hammons,    515 Pylmouth Road,    Apt. N6,    Plymouth Meeting, PA 19462-1633
13734443         Mark Hammons,    515 Plymouth Meeting Rd Apt N-6,    Plymouth Meeting, PA 19462
13739013         Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
13804489        +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
13734446         PNC Bank,    100 E Germantown Pike,    East Norriton, PA 19401-6500
13734447         Pnc Bank,    PO Box 94982,    Cleveland, OH 44101-4982
13734448        +Sysco Central Pennsylvania, LLC,    3905 Coley Rd,    Harrisburg, PA 17109-5930
13734449         Three Brothers Properties, LLC,    c/o IWP Wealth,    PO Box 61020,    Denver, CO 80206-1020
13734450         US Dept of Ed/Glelsi,    PO Box 7860,    Madison, WI 53707-7860
13821645         US Dept of EdGlelsi,    PO Box 7860,    Madison, WI 53707-7860
13821642        #Unique Indoor Comfort Heating & Cooling,    14 Union Hill Rd,    Conshohocken, PA 19428-2727
13754925         United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
13734452         Wells Fargo Merchant Services,    PO Box 17548,    Denver, CO 80217-0548
13734453         Xerox Soluti,    PO Box 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:45     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14186606        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:43:32     CACH LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
13734437        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:43:15     Cach LLC,
                 PO Box 5980,    Denver, CO 80217-5980
13739510        E-mail/Text: mrdiscen@discover.com Dec 19 2019 03:35:59     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13734440        E-mail/Text: mrdiscen@discover.com Dec 19 2019 03:35:59     Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
13734441        E-mail/Text: bankruptcy.bnc@ditech.com Dec 19 2019 03:36:05     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
13818140        E-mail/Text: bankruptcy.bnc@ditech.com Dec 19 2019 03:36:05
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13734442        E-mail/Text: bk@lendingclub.com Dec 19 2019 03:37:04     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
13734444        E-mail/Text: bknotices@mbandw.com Dec 19 2019 03:36:41     McCarthy, Burgess and Wolf,
                 The MB & W Building,    26000 Cannon Rd,    Cleveland, OH 44146-1807
13734445        E-mail/Text: bankruptcygroup@peco-energy.com Dec 19 2019 03:36:05     PECO,    PO Box 13778,
                 Philadelphia, PA 19101-3778
13761213       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 19 2019 03:36:05     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13795267       +E-mail/Text: bankruptcy@philapark.org Dec 19 2019 03:37:10     Philadelphia Parking Authority,
                 701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13734451        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:42:55     WEBBANK,
                 c/o Fresh View Funding,    PO Box 5980,    Denver, CO 80217-5980
                                                                                                TOTAL: 15
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2                  User: Stacey                  Page 2 of 2                  Date Rcvd: Dec 18, 2019
                                      Form ID: 138NEW               Total Noticed: 40

cr*           CACH LLC,   c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
cr*          +LSF10 Master Participation Trust c/o Caliber Home,   13801 Wireless Way,
               Oklahoma City, OK 73134-2500
cr*           United States Department of Education,   Claims Filing Unit,   P O Box 8973,
               Madison, WI  53708-8973
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              ROBERT J. LOHR, II    on behalf of Debtor Anthony J Riegel bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony J Riegel
      Debtor(s)                                  Bankruptcy No: 16−13769−elf
                                                  Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                 900 Market Street
                                    Suite 400
                              Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                          Timothy B. McGrath
                                                          Clerk of Court

Dated: 12/18/19

                                                                                           118 − 116
                                                                                         Form 138_new